UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
TIMOTHY DAUBERT,              )
                              )
                              )
          Plaintiff,          )
                              )     1:06-CV-0214 OWW DLB
     v.                       )
                              )     ORDER DISMISSING ACTION
CITY OF LINDSAY,              )     FOR LACK OF PROSECUTION
                              )
                              )
          Defendant.          )
                              )
                              )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    May 8, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1